**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Colorbrite, Inc.,**

**Plaintiff,**

**v.**

**Troy E. Holt,**
**d/b/a Holt's Machinery, and**
**Holt Machinery Co., Inc.,**

**Defendant.**

**Civil No. 00-2308 (JRT/SRN)**

**ORDER**

---

This matter came before the Court on March 15, 2001, on Defendant's Motion for Leave to Serve a Third-Party Complaint against Parsons Electric Co. Plaintiff did not oppose the motion. Based on the pleadings and all other records, documents and proceedings herein, the Court makes the following:

1. Defendant's Motion for Leave to Serve a Third-Party Complaint (Docket 10) is **Granted**.

2. The clerk of court shall prepare a summons to be served with the Third-Party Complaint.

Dated: March 15, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK