**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Colorbrite, Inc.,

Court File: 00-CV-2308 JRT/SRN

Plaintiff,

vs.

**STIPULATION AND ORDER OF DISMISSAL OF THE THIRD-PARTY COMPLAINT**

Troy E. Holt d/b/a Holt's Machinery, and Holt's Machinery Co., Inc.,

Defendants and Third-Party Plaintiffs,

vs.

Parsons Electric Co.,

Third-Party Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned attorneys, that the Defendants and Third-Party Plaintiffs' third-party claims in the above-entitled action be dismissed with prejudice and on the merits, without costs or disbursements to either party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action.

**FOLEY & MANSFIELD, P.L.L.P.**

Dated: 10/19/01

By [signature]

Thomas W. Pahl (License #243012)
Attorneys for Defendants and Third-Party Plaintiffs
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN 55403
(612) 338-8788

FILED NOV 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 11/11/01

By______________________

Mark P. Hodkinson (License #159189)
Attorneys for Third-Party Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER**

Pursuant to the foregoing Stipulation of Dismissal, Defendants and Third-Party Plaintiffs' Third-Party Complaint in the above-entitled matter is hereby dismissed with prejudice and on the merits without costs or disbursements to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: Nov 23, 2001

______________________
Judge of United States District Court

295003.WPD